**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
GONZALO R.G.,

                      Plaintiff,                      23 **CIVIL** 7841 (GRJ)

       -against-                         **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated October 21, 2024, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 141) is DENIED; judgment is GRANTED in favor of the Commissioner; and this case is DISMISSED. Final judgment is entered in favor of the Commissioner and the case is closed.

**Dated:**  New York, New York
          October 22, 2024

                                                          **DANIEL ORTIZ**
                                                          **Acting Clerk of Court**

                          **BY:**       _____
                                                           **Deputy Clerk**